IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

MARGARET MICAL PURIFOY,     CASE NO. 4:07-CV-254

                     Plaintiff,     JUDGE: DAVID D. DOWD, JR.

vs.     **ORDER OF REMAND**

WAL-MART STORES, INC.,

                     Defendant.

Upon stipulation of the Plaintiffs and Defendant that the amount in controversy in this matter is not in excess of Seventy-Five Thousand ($75,000.00), as reflected in the Stipulation on Damages to be filed in the Mahoning County Court of Common Pleas, it is hereby:

ORDERED, ADJUDGED and DECREED that this matter is remanded to the Mahoning County Court of Common Pleas

IT IS SO ORDERED.

                                       _s/ David D. Dowd, Jr._     4/12/07
                                       JUDGE

cc:     Counsel of Record

**APPROVED BY:**

/s/ Brian P. Kish
Brian P. Kish, Esq. (0074488)
Betras, Maruca, Kopp, Harshman &
Bernard, LLC
6630 Seville Drive
Canfield, OH 44406
Telephone: 330-746-8484
Facsimile: 330-746-0248

ATTORNEY FOR PLAINTIFFS

/s/ Ricardo J. Cardenas
Ricardo J. Cardenas (0067265)
rcardenas@ralaw.com
Roetzel & Andress, LPA
1375 East Ninth Street
One Cleveland Center, Ninth Floor
Cleveland, OH 44114
Telephone: 216.623.0150
Facsimile: 216.623.0134

Bradley A. Wright (0047090)
bwright@ralaw.com
Roetzel & Andress, LPA
222. S. Main St., Suite 400
Akron, Ohio 44308
Telephone: 330-849-6629
Facsimile: 330-376-4577

ATTORNEYS FOR DEFENDANT

327683 v_01 \ 109514.0175